Tommy **WILLIAMS, Individually and as Surviving Partner of Gloria Williams, Appellant,**

v.

**AMERICAN FAMILY MUTUAL INSURANCE COMPANY, Appellees.**

No. 08–3481.

United States Court of Appeals, Eighth Circuit.

Submitted: Feb. 10, 2010.

Filed: Feb. 16, 2010.

Before MELLOY, BOWMAN, and SMITH, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

In this diversity action against American Family Mutual Insurance Company (American Family), Tommy Williams appeals the District Court's[1] adverse grant of summary judgment based on res judicata. Proceeding pro se on appeal following his attorney's suspension from this court's bar, Williams contends that his attorney

---

1. The Honorable Fernando J. Gaitan, Chief Judge, United States District Court for the Western District of Missouri.

failed to prosecute his prior state court case, which resulted in a final adverse judgment on the merits of virtually identical claims. After careful *de novo* review, *Johnson v. Blaukat*, 453 F.3d 1108, 1112 (8th Cir.2006), we find no basis for reversal. *See Niere v. St. Louis County, Missouri*, 305 F.3d 834, 837–838 (8th Cir.2002) (elements of res judicata under Missouri law); *cf. Glick v. Henderson*, 855 F.2d 536, 541 (8th Cir.1988) (no constitutional right to effective assistance of counsel in civil case; remedy is malpractice claim). Accordingly, we affirm.